**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2021-CA-1218

John Henry

- - Versus - -

Louis B. McKinney, Jr.

21st Judicial District Court
Case #: 169453
Livingston Parish

On Application for Rehearing filed on 6/15/2022 by John Henry

Rehearing _____ Den y _____

_____
John Michael Guidry

_____
Guy Holdridge

_____
Wayne Ray Chutz

Holdridge J, dissents ? would
grant the rehearing

Date _____ JUL 1 4 2022 _____

_____
Rodd Naquin, Clerk